UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| NEXSTAR MEDIA INC.<br>545 E. John Carpenter Freeway<br>Suite 700<br>Irving, TX 75062, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No: |
| vs. | ) ) | |
| JENNIFER JAROS<br>1400 Miramar Ave.<br>Madeira Brach, FL 33708 | ) ) ) | Injunctive relief sought |
| and | ) ) | |
| JAY IS 4 JUSTICE PODCAST LLC<br>c/o Northwest Registered Agent LLC<br>7901 4th St. N, Ste 300<br>St. Petersburg, FL 33702 | ) ) ) ) ) | |
| Defendants. | ) ) | |

## COPYRIGHT INFRINGEMENT COMPLAINT

## NATURE OF THE ACTION

1.      This is a complaint for injunctive relief and damages based on copyright infringement arising under the Copyright Act of the United States, as amended, 17 U.S.C. § 101, *et seq*. ("Copyright Act").  Defendants' unauthorized copying and distribution of Nexstar Media Inc. ("Nexstar")'s timely-registered copyrighted works was willful, and damaged Nexstar, while unjustly enriching the Defendants.  Nexstar seeks all remedies

afforded by law, including statutory damages of up to $150,000 per infringed work, or actual damages and Defendants' profits, and an award of costs and legal fees.

## JURISDICTION AND VENUE

2.      This is a civil action seeking injunctive and monetary relief for copyright infringement under the laws of the United States (17 U.S.C. § 101 *et seq.*).

3.      This Court has subject matter jurisdiction over Nexstar's claims pursuant to 28 U.S.C. § 1331 (federal subject matter jurisdiction) and 28 U.S.C. § 1338(a) (any act of Congress relating to copyrights, patents, and trademarks).

4.      This court has personal jurisdiction over the Defendants because the Defendants reside in this district and have consented to jurisdiction in this district in accordance with the Digital Millennium Copyright Act, 17 U.S.C. § 512(g)(3)(D).

5.      Venue is proper here under 28 U.S.C. §§ 1391 and 1400(a) because a substantial part of the events or omissions giving rise to the claim occurred in this district and because Defendants reside in this district.

## PARTIES

6.      Nexstar is a corporation duly organized and existing under the laws of Delaware with its principal place of business in Irving, Texas.

7.      Defendant Jennifer Jaros aka Jennifer Youngblood ("Jaros") is an individual residing at 1400 Miramar Ave., Madeira Beach, Florida 33708.

8.      Defendant Jay is 4 Justice Podcast LLC ("J4J Podcast") is a Florida limited liability company with a principal address of 7901 4th St. N, Ste 300, St. Petersburg, Florida 33702.

**FACTUAL BACKGROUND**

***Nexstar's Exclusive Rights in the Copyrighted Work***

9.     Nexstar is a leading diversified media company that leverages localism to bring new services and value to consumers and advertisers through its traditional media, digital, and mobile media platforms.

10.     Nexstar operates, programs, or provides sales and other services to 199 television stations and related digital multicast signals reaching 116 markets in 39 states and the District of Columbia—equal to approximately 68% of all U.S. television households.

11.     Nexstar invests vast resources, including time, effort, talent, creativity and money to provide its viewers and readers high-quality and local news reporting and to produce news stories and programs that are original to Nexstar and that constitute copyrightable subject matter under the laws of the United States.

12.     Nexstar is the owner and Federal Communications Commission authorized licensee of television station WFLA-TV, Tampa, Florida ("WFLA").

13.     WFLA operates one of the largest newsgathering organizations in Tampa Bay.

14.     WFLA's award winning journalists produce seven hours of live newscasts each weekday for WFLA's over-the-air broadcast, branded as NewsChannel 8.

15.     WFLA also operates WFLA NOW, the only digital-exclusive live stream platform for breaking news and top stories as they happen in Tampa Bay.

16.     Between September 27, 2021 and October 21, 2021, WFLA produced several news stories relating to the search for Brian Laundrie, the fiancé of a woman, Gabby Petito, whose death received national and international attention.

17.     WFLA's coverage of the search for Brian Laundrie included original videography taken by WFLA's photojournalists, original descriptions by WFLA's reporters, and original compilations of audio and video prepared by WFLA's producers, reporters, and editors (the "WFLA Laundrie Coverage").

18.     The WFLA Laundrie Coverage includes each of the works identified on Exhibit A hereto (the "WFLA Works").

19.     Nexstar is, and at all relevant times has been, the exclusive owner of all copyrights under Title 17 of the United States Code in the WFLA Works.

20.     Nexstar promptly sought to register the WFLA Works with the United States Copyright Office.

21.     Among the exclusive rights granted to Nexstar by the Copyright Act are the exclusive rights to reproduce the WFLA Works and to distribute the WFLA Works to the public.

***Defendants' Infringement of the WFLA Works***

22.     On information and belief, Defendant Jaros is the manager and primary operator of Defendant J4J Podcast.

23.     Defendant J4J Podcast distributes podcasts and videos in the "true crime" genre through a number of channels including but not limited to Apple Podcasts, YouTube, Twitter, and Facebook.

24.     Defendant J4J Podcast has released numerous podcasts and videos related to the search for Brian Laundrie.

25.     On information and belief, Defendant J4J Podcast did not employ any photojournalists, reporters, or news producers to develop original reporting, videography, and coverage regarding the search for Brian Laundrie.

26.     Instead, on multiple occasions, Defendant J4J Podcast, without Nexstar's authorization, consent, or license, copied and/or retransmitted substantial portions of the WFLA Works as part of podcasts and/or videos prepared and/or distributed by Defendant J4J Podcast (the "Infringing Works").

27.     The Infringing Works included numerous videos streamed using YouTube's live streaming feature and/or uploaded to YouTube and distributed or performed to the public, as detailed on Exhibit B.

28.     Without authorization, Defendants overlaid a watermark or "bug" onto the Infringing Works, which branded the Infringing Works as "Jay is 4 Justice".

29.     On information and belief, Defendant Jaros directed Defendant J4J Podcast to engage in the aforementioned acts, and/or personally participated in the aforementioned acts, including the insertion of the WFLA Works into the materials distributed by J4J Podcast and the distribution of the Infringing Works to the public.

30.     After learning about Defendants' infringement of the WFLA Works, a Nexstar attorney submitted numerous takedown notifications to YouTube asking that it remove the Infringing Works pursuant to the Digital Millennium Copyright Act, 17

U.S.C. § 512(c) (the "J4J Takedown Notices").  YouTube promptly removed several of the Infringing Works and notified Defendants thereof.

31.     In response to each removal, Defendants submitted a counter notification in which they admitted to using "the content of someone else" but claimed that such use falls within the fair use exception under the Copyright Act.

32.     On information and belief, Defendants had no reasonable basis to conclude that the use of the WFLA Works in the Infringing Works was "fair use."  On information and belief, Defendants had reason to know, before they filed each counter-notification, that their use of the WFLA Video was not "fair use."

33.     Under the process set forth in the Digital Millennium Copyright Act, YouTube reinstated the Infringing Works in response to Defendants' counter-notifications subject to a court determining the merits of Nexstar's claims.

34.     On information and belief, Defendants either receive revenue for each video viewed on Defendants' YouTube Channels or will receive revenue for each video viewed on Defendants' YouTube Channels once Defendants' YouTube Channels reach a certain threshold of videos viewed.

35.     On information and belief, Defendants also receive revenue in the form of "donations" and or "memberships".

36.     Through their infringement of the WFLA Works, Defendants have diverted viewers from consuming the WFLA Works through Nexstar's own distribution channels, including Nexstar's broadcasts, websites, and social media accounts and deprived Nexstar of the benefits arising from the use of such distribution channels.

## COUNT I: COPYRIGHT INFRINGEMENT

(Infringement of Federally Registered Copyright – 17 U.S.C. § 501, et seq.)

37.     Nexstar repeats and realleges each of the allegations set forth in the foregoing paragraphs as though fully set forth herein.

38.     Defendants' unauthorized copying and distribution of the Infringing Works directly infringed Nexstar's registered copyrights in the WLFA Works in violation of 17 U.S.C. § 501, et seq.

39.     Defendants' infringement was willful, intentional, and in reckless disregard of and indifferent to the rights of Nexstar.  Defendants' infringement has injured and damaged Nexstar in an amount to be determined.

40.     At any time before final judgment, Nexstar is entitled to elect to receive statutory damages in an amount up to $150,000 for each willfully infringed work in lieu of actual damages and profits.  17 U.S.C. § 504(c).

41.     Nexstar alternatively may choose to recover Defendants' profits attributable to infringement plus Nexstar's actual damages.  17 U.S.C. § 504(a).  The statute provides that "[i]n establishing the infringer's profits, the copyright owner is required to present proof only of the infringer's gross revenues, and the infringer is required to prove his or her deductible expenses and the elements of profit attributable to factors other than the copyrighted work."  17 U.S.C. § 504(b).  Defendants' gross revenues over the period of the infringement are not known at this time, but will be determined during discovery.

**PRAYER FOR RELIEF**

WHEREFORE, Nexstar prays for judgment in its favor and against Defendants as follows:

1.      For a money judgment against Defendants, jointly and severally:

      (a)      For Nexstar's actual damages for infringement, and, after an accounting, for profits attributable to the infringement.

      (b)      At Nexstar's election prior to the entry of final judgment in this case, and as an alternative to actual damages and profits, an award of statutory damages as permitted by the Copyright Act, including enhanced statutory damages of $150,000 for each Infringed Work based on willful infringement.

2.      For an injunction against further infringement;

3.      For an award of pre-judgment and post-judgment interest;

4.      For Nexstar's reasonable attorney's fees and costs incurred in this action, pursuant to 17 U.S.C. §§ 505 & 512(f); and

5.      For such other and further relief as the Court may deem just and proper.

Respectfully submitted,


By:   /s/ Charles Collins Lemley

Charles Collins Lemley (Bar ID 0016314)
Ari Scott Meltzer (for *pro hac vice)*
Wiley Rein LLP
2050 M St. NW
Washington, DC 20036
(202) 719-7000
(202) 719-7049 (Fax)
*clemley@wiley.law*
*ameltzer@wiley.law*

*Attorneys for Plaintiff*
NEXSTAR MEDIA INC.

Dated:  March 4, 2022

**EXHIBIT A**

**List of WFLA Works**

| Title | Copyright Owner | U.S. Copyright Registration Number |
|---|---|---|
| WFLA Gabby Petito Coverage (09-27-2021) | Nexstar Media Inc. | PA 2-328-393 |
| WFLA Gabby Petito Coverage (09-28-2021) | Nexstar Media Inc. | PA 2-328-551 |
| WFLA Gabby Petito Coverage (09-29-2021) | Nexstar Media Inc. | PA 2-328-554 |
| WFLA Gabby Petito Coverage (09-30-2021) | Nexstar Media Inc. | PA 2-328-568 |
| WFLA Gabby Petito Coverage (10-06-2021) | Nexstar Media Inc. | PA 2-328-248 |
| WFLA Gabby Petito Coverage (10-7-2021) | Nexstar Media Inc. | PA 2-328-249 |
| WFLA Gabby Petito Coverage (10-12-2021) | Nexstar Media Inc. | PA 2-328-392 |
| WFLA Gabby Petito Coverage (10-14-2021) | Nexstar Media Inc. | PA 2-328-251 |
| WFLA Gabby Petito Coverage (10-15-2021) | Nexstar Media Inc. | PA 2-328-472 |
| WFLA Gabby Petito Coverage (10-20-2021) | Nexstar Media Inc. | PA 2-328-470 |
| WFLA Gabby Petito Coverage (10-21-2021) | Nexstar Media Inc. | PA 2-328-485 |

13563154.1

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**PA 2-328-393**

**Effective Date of Registration:**
January 04, 2022
**Registration Decision Date:**
January 05, 2022

## Title _____

**Title of Work:** WFLA Gabby Petito Coverage (09-27-2021)

## Completion/Publication _____

**Year of Completion:** 2021
**Date of 1st Publication:** September 27, 2021
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Nexstar Media Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant _____

**Copyright Claimant:** Nexstar Media Inc.
545 E. John Carpenter Freeway, Irving, Texas, 75062, United States

## Certification _____

**Name:** Ari Meltzer
**Date:** January 03, 2022

**Correspondence:** Yes

Page 1 of 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# PA 2-328-551

**Effective Date of Registration:**
January 05, 2022
**Registration Decision Date:**
January 05, 2022

## Title

| | |
|---|---|
| **Title of Work:** | WFLA Gabby Petito Coverage (09-28-2021) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | September 28, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Nexstar Media Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Nexstar Media Inc. |
| | 545 E. John Carpenter Freeway, Irving, Texas, 75062, United States |

## Certification

| | |
|---|---|
| **Name:** | Ari Meltzer |
| **Date:** | January 03, 2022 |

| | |
|---|---|
| **Correspondence:** | Yes |

Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-328-568**

**Effective Date of Registration:**
January 05, 2022
**Registration Decision Date:**
January 05, 2022

---

## Title

**Title of Work:** WFLA Gabby Petito Coverage (09-30-2021)

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** September 30, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Nexstar Media Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Nexstar Media Inc.
545 E. John Carpenter Freeway, Irving, Texas, 75062, United States

## Certification

**Name:** Ari Meltzer
**Date:** January 03, 2022

---

**Correspondence:** Yes

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-328-248

**Effective Date of Registration:**
January 04, 2022
**Registration Decision Date:**
January 04, 2022

## Title _____

**Title of Work:** WFLA Gabby Petito Coverage (10-06-2021)

## Completion/Publication _____

**Year of Completion:** 2021
**Date of 1st Publication:** October 06, 2021
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Nexstar Media Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant _____

**Copyright Claimant:** Nexstar Media Inc.
545 E. John Carpenter Freeway, Irving, Texas, 75062, United States

## Certification _____

**Name:** Ari Meltzer
**Date:** January 03, 2022

**Correspondence:** Yes

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-328-249

**Effective Date of Registration:**
January 04, 2022
**Registration Decision Date:**
January 04, 2022

---

## Title

| | |
|---|---|
| **Title of Work:** | WFLA Gabby Petito Coverage (10-07-2021) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | October 07, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

- **Author:** Nexstar Media Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Nexstar Media Inc. |
| | 545 E. John Carpenter Freeway, Irving, Texas, 75062, United States |

## Certification

| | |
|---|---|
| **Name:** | Ari Meltzer |
| **Date:** | January 03, 2022 |

---

| | |
|---|---|
| **Correspondence:** | Yes |

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-328-392

**Effective Date of Registration:**
January 04, 2022
**Registration Decision Date:**
January 05, 2022

---

## Title

**Title of Work:** WFLA Gabby Petito Coverage (10-12-2021)

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** October 12, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Nexstar Media Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Nexstar Media Inc.
545 E. John Carpenter Freeway, Irving, Texas, 75062, United States

## Certification

**Name:** Ari Meltzer
**Date:** January 03, 2022

**Correspondence:** Yes

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# PA 2-328-251

**Effective Date of Registration:**
January 04, 2022
**Registration Decision Date:**
January 04, 2022

---

## Title

**Title of Work:** WFLA Gabby Petito Coverage (10-14-2021)

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** October 14, 2021
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Nexstar Media Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Nexstar Media Inc.
545 E. John Carpenter Freeway, Irving, Texas, 75062, United States

## Certification

**Name:** Ari Meltzer
**Date:** January 03, 2022

---

**Correspondence:** Yes

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-328-472

**Effective Date of Registration:**
January 05, 2022
**Registration Decision Date:**
January 05, 2022

---

## Title

**Title of Work:** WFLA Gabby Petito Coverage (10-15-2021)

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** October 15, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Nexstar Media Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Nexstar Media Inc.
545 E. John Carpenter Freeway, Irving, Texas, 75062, United States

## Certification

**Name:** Ari Meltzer
**Date:** January 03, 2022

---

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**PA 2-328-470**

**Effective Date of Registration:**
January 05, 2022
**Registration Decision Date:**
January 05, 2022

## Title _____

**Title of Work:**   WFLA Gabby Petito Coverage (10-20-2021)

## Completion/Publication _____

**Year of Completion:**   2021
**Date of 1st Publication:**   October 20, 2021
**Nation of 1st Publication:**   United States

## Author _____

•   **Author:**   Nexstar Media Inc.
**Author Created:**   entire motion picture
**Work made for hire:**   Yes
**Citizen of:**   United States

## Copyright Claimant _____

**Copyright Claimant:**   Nexstar Media Inc.
545 E. John Carpenter Freeway, Irving, Texas, 75062, United States

## Certification _____

**Name:**   Ari Meltzer
**Date:**   January 03, 2022

**Correspondence:**   Yes

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-328-485

**Effective Date of Registration:**
January 05, 2022
**Registration Decision Date:**
January 05, 2022

## Title

| | |
|---|---|
| **Title of Work:** | WFLA Gabby Petito Coverage (10-21-2021) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | October 21, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Nexstar Media Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Nexstar Media Inc. |
| | 545 E. John Carpenter Freeway, Irving, Texas, 75062, United States |

## Certification

| | |
|---|---|
| **Name:** | Ari Meltzer |
| **Date:** | January 03, 2022 |

| | |
|---|---|
| **Correspondence:** | Yes |

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-328-554

**Effective Date of Registration:**
January 05, 2022
**Registration Decision Date:**
January 05, 2022

---

## Title

**Title of Work:** WFLA Gabby Petito Coverage (09-29-2021)

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** September 29, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Nexstar Media Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Nexstar Media Inc.
545 E. John Carpenter Freeway, Irving, Texas, 75062, United States

## Certification

**Name:** Ari Meltzer
**Date:** January 03, 2022

**Correspondence:** Yes

**EXHIBIT B**

**List of Infringing Works**

| Date | URL | WFLA Work Infringed |
|------|-----|---------------------|
| 9/27/2021 | https://youtu.be/uW3oMH0MImQ | WFLA Gabby Petito Coverage (09-27-2021) |
| 9/28/2021 | https://youtu.be/KqeKWG8qpjI | WFLA Gabby Petito Coverage (09-28-2021) |
| 9/29/2021 | https://youtu.be/dgvcmfoxN8k | WFLA Gabby Petito Coverage (09-29-2021) |
| 9/29/2021 | https://youtu.be/4n8WdAR__AQ | WFLA Gabby Petito Coverage (09-29-2021) |
| 9/30/2021 | https://youtu.be/fLrbZuTfH3k | WFLA Gabby Petito Coverage (09-30-2021) |
| 10/6/2021 | https://youtu.be/MvzdArT1cJE | WFLA Gabby Petito Coverage (10-06-2021) |
| 10/7/2021 | https://youtu.be/bDs3BGAfD2M | WFLA Gabby Petito Coverage (10-07-2021) |
| 10/12/2021 | https://youtu.be/nRBpaxk63Q4 | WFLA Gabby Petito Coverage (10-12-2021) |
| 10/14/2021 | https://youtu.be/nq593kOx-4M | WFLA Gabby Petito Coverage (10-14-2021) |
| 10/15/2021 | https://youtu.be/5-MEiPdvLHs | WFLA Gabby Petito Coverage (10-15-2021) |
| 10/16/2021 | https://youtu.be/uijf9QsHDdw | WFLA Gabby Petito Coverage (10-20-2021) |
| 10/21/2021 | https://youtu.be/WpdyS-dribA | WFLA Gabby Petito Coverage (10-21-2021) |