UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NEXSTAR MEDIA, INC.,

    Plaintiff,

v.                              Case No: 8:22-cv-516-CEH-SPF

JENNIFER JAROS and JAY IS 4
JUSTICE PODCAST, LLC,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Sean P. Flynn on May 10, 2022 (Doc. 22). In the Report and Recommendation, Magistrate Judge Flynn recommends that: (1) Plaintiff's Motion to Strike Defendant Jay is 4 Justice Podcast, LLC's Answer for Failure to Comply with Local Rule 2.02(b)(2) (Doc. 21) be granted; (2) Defendant Jay is 4 Justice Podcast, LLC's Answer (Doc. 20) be stricken; and (3) Jay is 4 Justice Podcast, LLC be ordered to file an answer, signed by counsel, no later than May 31, 2022. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 22) is adopted, confirmed, and approved and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion to Strike Defendant Jay is 4 Justice Podcast, LLC's Answer for Failure to Comply with Local Rule 2.02(b)(2) (Doc. 21) is GRANTED.

(3) Defendant Jay is 4 Justice Podcast, LLC's Answer (Doc. 20) is STRICKEN.

(4) Defendant Jay is 4 Justice Podcast, LLC is directed to file an answer, signed by counsel, no later than June 30, 2022.[1]

**DONE AND ORDERED** at Tampa, Florida on June 1, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Sean P. Flynn
Counsel of Record

---

[1] The date recommended by the magistrate judge to file an answer has passed. Therefore, the date by which Defendant Jay is 4 Justice Podcast, LLC, shall file an answer is extended to June 30, 2022.

2