UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NEXSTAR MEDIA, INC.,

    Plaintiff,

v.                                           Case No: 8:22-cv-516-CEH-SPF

JAY IS 4 JUSTICE PODCAST, LLC,

    Defendant.
_____

## PERMANENT INJUNCTION

This matter comes before the Court following its previous Orders granting Plaintiff Nexstar Media Inc.'s ("Nexstar") Motion for Default Judgment (Doc. 30) and Motion to Vacate Evidentiary Hearing and for Award of Damages and Fees (Doc. 40). The Court, having reviewed the pleadings, motions, and other papers on file, and having previously determined that permanent injunctive relief is warranted,[1] *see* doc. 30, hereby enters the following permanent injunction against Defendant Jay is 4 Justice Podcast, LLC.

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant Jay is 4 Justice Podcast, LLC ("J4J"), together with its owners, members, managers, officers, directors, principals, agents, servants, employees, attorneys, subsidiaries, successors

---

[1] The Court adopts and incorporates by reference herein, its analysis granting Plaintiff's demand for injunctive relief at docket entry 30, pp. 11 – 12.

and assigns, and all those in active concert or participation with them, are jointly and severally enjoined from:

    a) Directly or indirectly copying, distributing, altering, displaying, posting, selling, performing, reproducing, and/or promoting any copyrighted works owned by Plaintiff Nexstar ("Nexstar's Copyrighted Works"), including, but not limited to the works identified on Exhibit A to the Complaint (Doc. 1), attached hereto as Exhibit A, whether in physical or electronic format, without express written permission from Nexstar; or engaging in any other activity constituting an infringement of Nexstar's Copyrighted Works.

**DONE** and **ORDERED** in Tampa, Florida on July 7, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

# EXHIBIT A

## List of WFLA Works

| Title | Copyright Owner | U.S. Copyright Registration Number |
|---|---|---|
| WFLA Gabby Petito Coverage (09-27-2021) | Nexstar Media Inc. | PA 2-328-393 |
| WFLA Gabby Petito Coverage (09-28-2021) | Nexstar Media Inc. | PA 2-328-551 |
| WFLA Gabby Petito Coverage (09-29-2021) | Nexstar Media Inc. | PA 2-328-554 |
| WFLA Gabby Petito Coverage (09-30-2021) | Nexstar Media Inc. | PA 2-328-568 |
| WFLA Gabby Petito Coverage (10-06-2021) | Nexstar Media Inc. | PA 2-328-248 |
| WFLA Gabby Petito Coverage (10-7-2021) | Nexstar Media Inc. | PA 2-328-249 |
| WFLA Gabby Petito Coverage (10-12-2021) | Nexstar Media Inc. | PA 2-328-392 |
| WFLA Gabby Petito Coverage (10-14-2021) | Nexstar Media Inc. | PA 2-328-251 |
| WFLA Gabby Petito Coverage (10-15-2021) | Nexstar Media Inc. | PA 2-328-472 |
| WFLA Gabby Petito Coverage (10-20-2021) | Nexstar Media Inc. | PA 2-328-470 |
| WFLA Gabby Petito Coverage (10-21-2021) | Nexstar Media Inc. | PA 2-328-485 |