UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NEXSTAR MEDIA, INC.,

    Plaintiff,

v.                                            Case No: 8:22-cv-516-CEH-SPF

JAY IS 4 JUSTICE PODCAST, LLC,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Sean P. Flynn on July 20, 2023 (Doc. 45). In the Report and Recommendation, Magistrate Judge Flynn recommends that Plaintiff's Motion for Determination of Entitlement to Attorney's Fees and Non-Taxable Costs (Doc. 42) be GRANTED. He also recommends that within 45 days of the Order adopting the Report and Recommendation, Plaintiff be directed to file a supplemental motion regarding the amount of attorney's fees and expenses incurred under Local Rule 7.01(c), M.D. Fla. (2021). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted, confirmed, and approved in all respects.  Accordingly, it is now

    **ORDERED AND ADJUDGED** that:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 45) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion for Determination of Entitlement to Attorney's Fees and Non-Taxable Costs (Doc. 42) is **GRANTED**.

(3) Within 45 days of this Order adopting the Report and Recommendation, Plaintiff is directed to file a supplemental motion regarding the amount of attorney's fees and expenses incurred under Local Rule 7.01(c), M.D. Fla. (2021).

**DONE AND ORDERED** at Tampa, Florida on August 8, 2023.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Sean P. Flynn
Counsel of Record